UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN M. RAMOS | : |
| | : CIVIL ACTION NO. 3:16-0949 |
| **Plaintiff** | : |
| | : (MANNION, D.J.) |
| v. | : (MEHALCHICK, M.J.) |
| | : |
| NANCY A. BERRYHILL, | : |
| **Acting Commissioner of the** | : |
| **Social Security Administration** | : |
| | : |
| **Defendant** | : |

## <u>O R D E R</u>

In accordance with the accompanying memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** the plaintiff's objections to Judge Mehalchick's report and recommendation, (Doc. 17), are **OVERRULED**;

**(2)** the report and recommendation is **ADOPTED IN ITS ENTIRETY**;

**(3)** the plaintiff's appeal of the defendant Commissioner's decision is **DENIED**; and

**(4)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 29, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0949-01-Order.docx